**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-421-DCK**

| | | |
|---|---|---|
| **AVLON INDUSTRIES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **SAV-MOR BEAUTY & BARBER** | ) | |
| **SUPPLY and DOES 1-5,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case.
Counsel for Plaintiff called the undersigned's chambers on January 4, 2012 notifying the Court that
the parties have reached a settlement. The Court commends the parties for their efforts in resolving
this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in
this case, or in the alternative request an extension of time to file such dismissal, on or before
**February 6, 2012**.

Signed: January 4, 2012

David C. Keesler
United States Magistrate Judge