IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-421-DCK

| | |
|---|---|
| AVLON INDUSTRIES, INC., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| SAV-MOR BEAUTY & BARBER SUPPLY and DOES 1-5, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Enter Consent Judgment" (Document No. 22) filed February 29, 2012. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review of this motion is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Enter Consent Judgment" (Document No. 22) is **GRANTED**.

Signed: March 1, 2012

David C. Keesler
United States Magistrate Judge